**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MATTHEW ROBERT ELMORE,**

     **Plaintiff,**

**v.**                                         **Case No. 4:26-cv-178-AW-MAF**

**NANCY MOTLEY, RAY MOTLEY,
and WILLIAM WEBB,**

     **Defendants.**

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Having fully considered the matter, I now adopt the report and recommendation (ECF No. 6) and incorporate it into this order. There has been no objection to the report and recommendation.

The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The clerk will then close the file.

SO ORDERED on June 11, 2026.

s/ *Allen Winsor*
_____
Chief United States District Judge